UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HILARY STEWARD,<br><br>    Plaintiff(s),<br><br>vs.<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>    Defendant(s). | Case No. 2:15-cv-00408-JAD-NJK<br><br>ORDER<br><br>(Docket No. 16) |

Pending before the Court is Plaintiff's motion to deem first set of requests for admissions to Defendant as admitted. Docket No. 16. Federal Rule of Civil Procedure 36(a) is self-executing, that is, a failure to respond to requests for admission automatically deems those facts admitted. *See, e.g.*, *American Tech. Corp. v. Mah*, 174 F.R.D. 687, 690 (D. Nev. 1997). Therefore, "[a] motion to establish or affirm the admissions upon a party's failure to admit or object is unnecessary under Rule 36(a)." *Id.*, at 690. Accordingly, the pending motion to deem first set of requests for admissions to Defendant as admitted (Docket No. 16) is hereby **DENIED**.

IT IS SO ORDERED.

DATED: August 10, 2015

                                                                    _____
                                                                    NANCY J. KOPPE
                                                                    United States Magistrate Judge