**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| HILARY STEWARD, | ) | |
| Plaintiff(s), | ) | Case No. 2:15-cv-00408-JAD-NJK |
| vs. | ) | ORDER |
| CMRE FINANCIAL SERVICES INC., et al., | ) | (Docket Nos. 23, 29) |
| Defendant(s). | ) | |

Pending before the Court are Plaintiff's motions to extend time. Docket Nos. 23, 29. On October 16 and 26, 2015, the Court granted Plaintiff the relief she seeks in the instant motions. *See* Docket Nos. 31, 36. Accordingly, Plaintiff's motions (Docket Nos. 23, 29) are hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: October 26, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge