1  MARK J. BOURASSA, ESQ.
   Nevada Bar No. 7999
2  TRENT L. RICHARDS, ESQ.
   Nevada Bar No. 11448
3  **THE BOURASSA LAW GROUP**
4  7575 Vegas Drive, Suite 150
   Las Vegas, Nevada 89128
5  Tel: (702) 851-2180
   Fax: (702) 851-2189
6  Email: mbourassa@blgwins.com
7          trichards@blgwins.com
   *Attorneys for Plaintiff*

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10 | HILARY STEWARD, on behalf of herself and those similarly situated, | Case No.: 2:15-cv-00408-JAD-NJK |

11 | | **AMENDED STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

12  Plaintiff,
    vs.

13

14  CMRE FINANCIAL SERVICES, INC., a
    California corporation; HEALTHCARE
15  REVENUE MANAGEMENT GROUP, a/k/a
    HRMG, an entity of unknown form,

16
        Defendants.
17

18     Plaintiff HILARY STEWARD ("Plaintiff") by and through her attorneys of record, Mark

19  J. Bourassa, Esq. and Trent L. Richards, Esq. of the Bourassa Law Group, and Defendants CMRE

20  FINANCIAL SERVICES, INC. and HEALTHCARE REVENUE MANAGEMENT GROUP

21  a/k/a HRMG ("Defendants") by and through their attorneys of record, Jeanne L. Zimmer, Esq.

22  and J. Grace Felipe, Esq. of Carlson & Messer, LLP, hereby submit this Stipulation for Extension

23  of Time to File a Responsive Pleading to Defendants' Motion for Summary Judgment.

24

25     1. Defendants refiled their Motion for Summary Judgment on or about February 3, 2017

26        pursuant to the Court's order dated January 27, 2017.

27     2. Plaintiff currently has until February 24, 2017 to file a response to Defendants' Motion

28

for Summary Judgment.

3. Plaintiff's counsel is about to begin a trial that is expected to take place February 21, 2017 through February 24, 2017.

4. Therefore, the parties stipulate that Plaintiff's response to Defendants' Motion for Summary Judgment will now be due on or before Friday, March 3, 2017.

5. The parties further stipulate that Defendants' reply will now be due on or before Friday, March 17, 2017.

This is the parties' first request for extension of these deadlines, and is not intended to cause any delay or prejudice to any party.

DATED this 23rd day of February, 2017

BOURASSA LAW GROUP

By: /s/ Mark J. Bourassa, Esq.
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
*Attorneys for Plaintiffs*

DATED this 23rd day of February 2017

CARLSON & MESSER, LLP

By: /s/ J. Grace Felipe, Esq.
JEANNE L. ZIMMER, ESQ.
Pro Hac Vice
J. GRACE FELIPE, ESQ.
Pro Hac Vice
5959 W Century Blvd, Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
*Attorneys for Defendants*

**IT IS SO ORDERED**.

Dated: February 23, 2017.

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:15-cv-00408-JAD-NJK

- 2 -