MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP**
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@blgwins.com
trichards@blgwins.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HILARY STEWARD, on behalf of herself and those similarly situated, | Case No.: 2:15-cv-00408-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| CMRE FINANCIAL SERVICES, INC., a California corporation; HEALTHCARE REVENUE MANAGEMENT GROUP, a/k/a HRMG, an entity of unknown form, | ECF No. 73 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff HILARY STEWARD, by and through her attorney, Mark J. Bourassa, Esq. of The Bourassa Law Group, and Defendants CMRE FINANCIAL SERVICES, INC. and HEALTHCARE REVENUE MANAGEMENT GROUP, by and through their attorney, Jeanne L. Zimmer, Esq. of Carlson & Messer, LLP, that this matter be dismissed, with prejudice, the parties to each bear their own

\\\

\\\

\\\

\\\

attorney's fees and costs.

Dated this 20th day of October 2017.                    Dated this 20th day of October 2017.

**THE BOURASSA LAW GROUP, LLC**                          **CARLSON & MESSER, LLP**


*/s/ Mark J. Bourassa*                                    */s/ Jeanne L. Zimmer*
MARK J. BOURASSA, ESQ.                                    JEANNE L. ZIMMER, ESQ.
Nevada Bar No. 7999                                       *Pro Hac Vice*
7575 Vegas Drive, Suite 150                               5959 W. Century Blvd., Ste 1214
Las Vegas, NV 89128                                       Los Angeles, CA 90045
*Attorneys for Plaintiff*                                 *Attorneys for Defendants*

**ORDER**

Based on the parties' stipulation [ECF No. 73] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED in its entirety**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
October 20, 2017

Submitted by:

**THE BOURASSA LAW GROUP**

By:*/s/ Mark Bourassa*
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@blgwins.com
*Attorney for Plaintiff*